UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
|     Plaintiff, | :  Civ. No.    1:21-cv-4806-RA |
| | : |
| v. | : |
| | : |
| WEINGARTEN REALTY INVESTORS, ANDREW M. ALEXANDER, STANFORD J. ALEXANDER, SHELAGHMICHAEL C. BROWN, STEPHEN A. LASHER, THOMAS L. RYAN, DOUGLAS W. SCHNITZER, C. PARK SHAPER, and MARC J. SHAPIRO, | : |
| | : |
|     Defendants. | : |

---------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  July 23, 2021                Respectfully submitted,

                                   **MELWANI & CHAN LLP**

                                   /s *Gloria Kui Melwani*
                                   Gloria Kui Melwani (GM5661)
                                   1180 Avenue of the Americas, 8th Floor
                                   New York, New York 10036
                                   Tel: (212) 382-4620
                                   Email:  gloria@melwanichan.com

                                   *Attorneys for Plaintiff*